1  PATRICE S. JOHNSON, ESQ.
   Nevada Bar No. 12283
2  **P.K. SCHRIEFFER LLP**
   400 S. Fourth Street, Suite 500
3  Las Vegas, NV 89101
   Telephone: (702) 793-4035
4  Email: las@pksllp.com

5

6  RYAN L. DENNETT, ESQ.
   Nevada Bar No. 005617
7  rdennett@dennettwinspear.com
   BRENT D. QUIST, ESQ.
8  Nevada Bar No. 009157
9  bquist@dennettwinspear.com
   **DENNETT WINSPEAR, LLP**
10 3301 N. Buffalo Drive, Suite 195
   Las Vegas, Nevada 89129
11 Telephone: (702) 839-1100
12 Facsimile: (702) 839-1113

13 Attorneys for Defendants, JON SHIELDS
   and MISTY SHIELDS (erroneously named)
14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLENDA MARIE PRIESTLEY, | CASE NO.: 2:21-cv-01657-JCM-DJA |
| Plaintiff, | Removed from the District Court of Clark County, Nevada, Case No. A-21-835081-C |
| vs. | |
| JON SHIELDS, an individual; MISTY SHIELDS, an individual; AIRBNB, INC., a foreign corporation; DOES 1 through 20, inclusive, and ROE BUSINESS ENTITIES 1 through 20, inclusive, | **STIPULATION AND ORDER TO VOLUNTARILY DISMISS WITH PREJUDICE** |
| Defendants. | |

Plaintiff, Glenda Marie Priestley and Defendants, Jon Shields and Misty Shields (erroneously named) by and through their respective counsel, hereby stipulate and agree to

P.K. SCHRIEFFER LLP
100 N. Barranca Street, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403
www.pksllp.com

dismiss this action with prejudice, including any and all counterclaims and cross-claims. Each party shall bear its own attorneys' fees and costs.

All subsequent remaining appearance dates before this court should be VACATED by this Court's execution of the Order for Dismissal with Prejudice prior to same.

SO STIPULATED.

| Dated this <u>22</u> day of June 2023. | Dated this <u>22</u> day of June 2023. |
|---|---|
| **BERTOLDO BAKER CARTER & SMITH**<br><br>/s/ *Paul R.M. Cullen, Esq.*<br>Paul R.M. Cullen, Esq.<br>7408 W. Sahara Ave.<br>Las Vegas, Nevada 89117<br>Telephone No.: (702) 228-2600 | **P. K. SCHRIEFFER LLP**<br><br>/s/ *Patrice S. Johnson*<br>Patrice S. Johnson, Esq.<br>400 S. Fourth Street, Suite 500<br>Las Vegas, NV 89101<br>Telephone No.: (702) 793-4035 |
| Attorneys for Plaintiff,<br>GLENDA MARIE PRIESTLEY | Attorneys for Defendant,<br>JON SHIELDS and MISTY SHIELDS<br>(erroneously named) |

2

Case Number: 2:21-cv-01657-JCM-DJA
CAPTION

# ORDER

WHEREAS Plaintiff, Glenda Marie Priestley and Defendants, Jon Shields and Misty Shields (erroneously named) seek to dismiss all pending claims,

IT IS HEREBY STIPULATED AND AGREED that this action, including all third-party and cross-claims, are dismissed WITH PREJUDICE, and with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED

Dated: June 27, 2023.

_____
UNITED STATES DISTRICT JUDGE

P.K. SCHRIEFFER LLP
100 N. Barranca Street, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403
www.pksllp.com

P.K. SCHRIEFFER LLP
100 N. Barranca Street, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403
www.pksllp.com

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P.5(B)(2)(1), I hereby certify that on June 22, 2023, I served the foregoing **STIPULATION AND ORDER TO VOLUNTARILY DISMISS WITH PREJUDICE** on the following parties to this action electronically for filing and/or service via the United States District Court CM/ECP system of Clark County District Court E-Filing system (Efile) as follows:

**BERTOLDO BAKER CARTER & SMITH**
Paul R.M. Cullen, Esq.
Nevada Bar No. 12355
Lindsay K. Cullen, Esq.
Nevada Bar No. 12364
7408 W. Sahara Ave.
Las Vegas, Nevada 89117
Telephone: (702) 228-2600 / Facsimile: (702) 228-2333
paul@nvlegaljustice.com
lindsay@nvlegaljustice.com
*Attorneys for Plaintiff, Glenda Marie Priestley*

**DENNETT WINSPEAR, LLP**
Ryan L. Dennett, Esq.
Nevada Bar No. 005617
Brent D. Quist, Esq.
Nevada Bar No. 009157
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
rdennett@dennettwinspear.com
bquist@dennettwinspear.com
Telephone: (702) 839-1100 / Facsimile: (702) 839-1113
*Attorneys for Defendants, Jon Shields and Misty Shields*

/s/ *Rachel Douglas*
Employee of Bertoldo Carter Smith & Cullen

# Rachel Douglas

| | |
|---|---|
| **From:** | Patrice S. Johnson <psj@pksllp.com> |
| **Sent:** | Thursday, June 22, 2023 9:01 AM |
| **To:** | APO.312 - PRIESTLEY |
| **Cc:** | Rachel Douglas; Valerie M. Rodriguez; Paul Cullen |
| **Subject:** | FW: Priestley v. Shields et al. |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**\*\* Notice, this email is from an External Source. Use caution when clicking links or opening attachments \*\***

FYI


**Patrice S. Johnson**
*Attorney*



T: 626-373-2444 | F: 626-974-8403
www.pksllp.com
Join Our Email List



THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  If you received this message and are not the intended recipient, PLEASE NOTIFY THE SENDER BY REPLYING TO THIS EMAIL AND DESTROY AND/OR DELETE THE RECEIVED COPY.  P.K. Schrieffer LLP has taken reasonable precautions to ensure no viruses are present in this message and accepts no liability for any damage arising from use of this email or attachments.

---

**From:** Paul Cullen <Paul@nvlegaljustice.com>
**Sent:** Tuesday, May 16, 2023 11:43 AM
**To:** Patrice S. Johnson <psj@pksllp.com>
**Cc:** Valerie M. Rodriguez <vmr@pksllp.com>; APO.312 - PRIESTLEY <APO.312-PRIESTLEY@pksllp.com>
**Subject:** RE: Priestley v. Shields et al.

You may attach my e-signature.

**Paul R.M. Cullen, Esq.**
**BERTOLDO CARTER SMITH & CULLEN**
7408 W. Sahara Avenue, Las Vegas, Nevada  89117

1

Telephone 702.800.0000 | Fax 702.228.2333
email: paul@nvlegaljustice.com







*This email and any attachments hereto are confidential and intended solely for the use of the individual or entity to whom they are addressed.  If you have received this message in error, please contact the sender at (702) 800-0000 and delete all copies from your system.  It is not the intent of the sender to solicit any person or business.  Please note that any opinions in this email are solely those of the author and do not necessarily represent those of *Bertoldo Carter Smith & Cullen*.  Any views or opinions are not to be considered legal advice.  Should you need legal advice in the state of Nevada, please contact *Bertoldo Carter Smith & Cullen*.  All attorneys at *Bertoldo Carter Smith & Cullen* are licensed in Nevada.  Finally, the recipient should check this email and any attachments for viruses.  The company accepts no liability for any damage or loss caused by any virus inadvertently transmitted by this email*

---

**From:** Patrice S. Johnson <psj@pksllp.com>
**Sent:** Tuesday, May 16, 2023 11:31 AM
**To:** Paul Cullen <Paul@nvlegaljustice.com>
**Cc:** Valerie M. Rodriguez <vmr@pksllp.com>; APO.312 - PRIESTLEY <APO.312-PRIESTLEY@pksllp.com>
**Subject:** FW: Priestley v. Shields et al.

**\*\* Notice, this email is from an External Source. Use caution when clicking links or opening attachments \*\***

Hi Paul,

Attached, please find the Stipulation and Order for Dismissal of this matter for your review and signature.

Best regards,

**Patrice S. Johnson**
*Attorney*



California • Nevada • Washington • Oregon

2

T: 626-373-2444 | F: 626-974-8403

www.pksllp.com

Join Our Email List



THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If you received this message and are not the intended recipient, PLEASE NOTIFY THE SENDER BY REPLYING TO THIS EMAIL AND DESTROY AND/OR DELETE THE RECEIVED COPY. P.K. Schrieffer LLP has taken reasonable precautions to ensure no viruses are present in this message and accepts no liability for any damage arising from use of this email or attachments.

**From:** Patrice S. Johnson
**Sent:** Friday, May 12, 2023 9:24 AM
**To:** APO.312 - PRIESTLEY <APO.312-PRIESTLEY@pksllp.com>
**Cc:** Valerie M. Rodriguez <vmr@pksllp.com>
**Subject:** Priestley v. Shields et al.

Good morning,

Attached, please find the Stipulation and Order for Dismissal of this matter for your review and signature.

Best regards,

**Patrice S. Johnson**
*Attorney*



California • Nevada • Washington • Oregon

T: 626-373-2444 | F: 626-974-8403

www.pksllp.com

Join Our Email List



THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If you received this message and are not the intended recipient, PLEASE NOTIFY THE SENDER BY REPLYING TO THIS EMAIL AND DESTROY AND/OR DELETE THE RECEIVED COPY. P.K. Schrieffer LLP has taken reasonable precautions to ensure no viruses are present in this message and accepts no liability for any damage arising from use of this email or attachments.

# Rachel Douglas

| | |
|---|---|
| **From:** | Patrice S. Johnson <psj@pksllp.com> |
| **Sent:** | Thursday, June 22, 2023 9:00 AM |
| **To:** | Rachel Douglas |
| **Cc:** | Paul Cullen; Valerie M. Rodriguez; APO.312 - PRIESTLEY |
| **Subject:** | FW: Priestley v. Shields et al. |
| **Attachments:** | Priestley Stip and Order to Dismiss.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**\*\* Notice, this email is from an External Source. Use caution when clicking links or opening attachments \*\***

Good morning,

We have been having significant issues with my PACER account.  Would you kindly file the Stipulation and Order to Dismiss.

Best regards,

**Patrice S. Johnson**
*Attorney*



California • Nevada • Washington • Oregon

T: 626-373-2444 | F: 626-974-8403
www.pksllp.com
Join Our Email List



THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  If you received this message and are not the intended recipient, PLEASE NOTIFY THE SENDER BY REPLYING TO THIS EMAIL AND DESTROY AND/OR DELETE THE RECEIVED COPY.  P.K. Schrieffer LLP has taken reasonable precautions to ensure no viruses are present in this message and accepts no liability for any damage arising from use of this email or attachments.

---

**From:** Patrice S. Johnson <psj@pksllp.com>
**Sent:** Tuesday, May 16, 2023 11:31 AM
**To:** Paul Cullen <Paul@nvlegaljustice.com>
**Cc:** Valerie M. Rodriguez <vmr@pksllp.com>; APO.312 - PRIESTLEY <APO.312-PRIESTLEY@pksllp.com>
**Subject:** FW: Priestley v. Shields et al.

Hi Paul,

1

Attached, please find the Stipulation and Order for Dismissal of this matter for your review and signature.

Best regards,

**Patrice S. Johnson**
*Attorney*



California • Nevada • Washington • Oregon

T: 626-373-2444 | F: 626-974-8403

www.pksllp.com

Join Our Email List



THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  If you received this message and are not the intended recipient, PLEASE NOTIFY THE SENDER BY REPLYING TO THIS EMAIL AND DESTROY AND/OR DELETE THE RECEIVED COPY.  P.K. Schrieffer LLP has taken reasonable precautions to ensure no viruses are present in this message and accepts no liability for any damage arising from use of this email or attachments.

**From:** Patrice S. Johnson
**Sent:** Friday, May 12, 2023 9:24 AM
**To:** APO.312 - PRIESTLEY <APO.312-PRIESTLEY@pksllp.com>
**Cc:** Valerie M. Rodriguez <vmr@pksllp.com>
**Subject:** Priestley v. Shields et al.

Good morning,

Attached, please find the Stipulation and Order for Dismissal of this matter for your review and signature.

Best regards,

**Patrice S. Johnson**
*Attorney*



California • Nevada • Washington • Oregon

T: 626-373-2444 | F: 626-974-8403

2

[www.pksllp.com](www.pksllp.com)
Join Our Email List


THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  If you received this message and are not the intended recipient, PLEASE NOTIFY THE SENDER BY REPLYING TO THIS EMAIL AND DESTROY AND/OR DELETE THE RECEIVED COPY.  P.K. Schrieffer LLP has taken reasonable precautions to ensure no viruses are present in this message and accepts no liability for any damage arising from use of this email or attachments.